NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JENNIFER E. MULÉ and MATTHEW
MULÉ,

        Appellants,

v.

        Case No. 2D17-3566

GREEN TREE SERVICING, LLC,
n/k/a DITECH FINANCIAL, LLC,

        Appellee.

Opinion filed December 14, 2018.

Appeal from the Circuit Court for Pasco
County; Alicia Polk, Judge.

Dineen Pashoukos Wasylik and Jared M.
Krukar of DPW Legal, Tampa, for
Appellants.

Michael Ruff and Preston C. Davis of
Padgett Law Group, Tallahassee, for
Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, MORRIS, and BLACK, JJ., Concur.